**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MITCHELL THOMPSON,

                Plaintiff,
   -against-                                         21 **CIVIL** 8982 (LGS)

                                                          **JUDGMENT**
WARDEN CARTER, et al.,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated August 4, 2022, Defendants' motion to dismiss the Complaint is GRANTED. The case is dismissed without prejudice for failure to exhaust administrative remedies. In other words, Plaintiff may exhaust his administrative remedies and file a new action based on the same underlying facts if he so wishes; accordingly, the case is closed.

**Dated:**  New York, New York
       August 10, 2022

                                                    **RUBY J. KRAJICK**
                                                                    **Clerk of Court**
                                         **BY:**    *K. Mango*
                                                                    **Deputy Clerk**